UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUMAN RIGHTS DEFENSE CENTER,<br><br>*Plaintiff,*<br><br>v.<br><br>U.S. BUREAU OF PRISONS, *et al.,*<br><br>*Defendants.* | Civil Action No. 20-3504 (RC) |

## DEFENDANT'S ANSWER TO COMPLAINT

Defendants, the United States Department of Justice ("the Department"), and more specifically the Federal Bureau of Prisons ("BOP") a component of the Department, by undersigned counsel, respectfully submit their Answer to the Complaint filed by Plaintiff, Human Rights Defense Center ("Plaintiff"). This case arises under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552 and is exempt from the requirements of Rules 16(b) and 26(f) of the Federal Rules of Civil Procedure, pursuant to Local Civil Rule 16.3(b)(10). Defendants deny all allegations in the Complaint, including the relief sought, except as specifically admitted in this Answer.

### RESPONSES TO THE NUMBERED PARAGRAPHS

1. This paragraph sets forth Plaintiff's characterization of this FOIA action, to which no response is required.

## JURISDICTION AND VENUE[1]

2. This paragraph sets forth legal conclusions, not allegations of facts, to which no response is required. To the extent a response is deemed necessary, Defendants admit that this Court has subject matter jurisdiction under FOIA, subject to its terms and limitations.

3. This paragraph sets forth legal conclusions, not allegations of facts, to which no response is required. To the extent a response is deemed necessary, Defendants admit that venue is proper in this judicial district under FOIA.

## PARTIES

4. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

5. Admit.

6. Admit.

## FACTS

### Human Rights Defense Center's Background and Mission

7. This paragraph sets forth Plaintiff's characterization of alleged background information, not allegations of fact pertinent to the resolution of the claims at issue in this FOIA case, to which no response is required.

---

[1] For ease of reference, Defendants replicate the headings contained in the Complaint. Although Defendants believe that no response is required to such headings, to the extent a response is deemed required and to the extent those headings and titles could be construed to contain factual allegations, those allegations are denied.

8. This paragraph sets forth Plaintiff's characterization of alleged background information, not allegations of fact pertinent to the resolution of the claims at issue in this FOIA case, to which no response is required.

9. This paragraph sets forth Plaintiff's characterization of alleged background information, not allegations of fact pertinent to the resolution of the claims at issue in this FOIA case, to which no response is required.

### The United States Bureau of Prisons

10. Admit to the extent that BOP was established in 1930, and oversees the centralized administration of federal prisons.

11. Admit to the extent that the BOP presently operates 122 federal prisons. Presently, there are approximately 123,362 federal inmates in BOP Custody. Defendants respectfully refer the Court to BOP's public website for a true and accurate population count, which is available at: https://www.bop.gov/about/statistics/population_statistics.jsp and denies the allegations to the extent they fail to reflect or accurately characterize the content of BOP's website.

12. Admit.

### The United States Department of Justice

13. Defendants respectfully refer the Court to Office of Information Policy's website for a true and accurate description OIP's mission, which is available at: https://www.justice.gov/oip/about-office, and denies the allegations to the extent they fail to reflect or accurately characterize the content of OIP's website.

3

14. Defendants respectfully refer the Court to Office of Information Policy's website for a true and accurate description OIP's mission, which is available at: https://www.justice.gov/oip/about-office, and denies the allegations to the extent they fail to reflect or accurately characterize the content of OIP's website.

15. This paragraph sets forth legal conclusions, not allegations of facts, to which no response is required.

**Factual Background**

16. This paragraph sets forth Plaintiff's characterization of alleged background information, not allegations of fact pertinent to the resolution of the claims at issue in this FOIA case, to which no response is required.

17. This paragraph sets forth Plaintiff's characterization of alleged background information, not allegations of fact pertinent to the resolution of the claims at issue in this FOIA case, to which no response is required.

18. This paragraph sets forth Plaintiff's characterization of alleged background information, not allegations of fact pertinent to the resolution of the claims at issue in this FOIA case, to which no response is required.

**Request at Issue**

19. Defendants admits that on July 21, 2020, Plaintiff e-mailed a FOIA request to the BOP.

20. Admit.

21. Defendants admit that Plaintiff sought a fee waiver in the FOIA request dated July 21, 2020. The remainder of the paragraph sets forth legal conclusions, not allegations of facts, to which no response is required.

22. Admit.

23. Defendant admits only that on October 28, 2020, the BOP issued a determination letter denying the request. Defendant admits that the October 28, 2020 Determination Letter stated, "After a thorough review of your request, we have determined that any records responsive to your request are categorically exempt from disclosure. Accordingly, this Office is not required to conduct a search for the requested records. Pursuant to the Freedom of Information Act, 5 U.S.C. § 552, records are withheld in full from disclosure to you as release of any records could reasonably be expected to interfere with law enforcement proceedings. 5 U.S.C. § 552(b)(7)(A)." Defendant denies the remainder of this paragraph as it does not include a complete and accurate statement of contents of BOP's October 28, 2020, Determination Letter.

24. Admit.

25. Admit.

26. Defendants deny this paragraph for lack of specificity.

27. Defendant admits that as of the date of the filing of the Complaint no determination had been made with respect to Plaintiff's administrative appeal.

**HRDC'S CLAIM FOR RELIEF**

28. Defendants incorporate its responses set forth above in paragraphs 1 through 27.

29. This paragraph contains conclusions of law, not allegations of fact, to which no response is required. To the extent a response is deemed necessary, Defendants deny.

30. This paragraph contains conclusions of law, not allegations of fact, to which no response is required. To the extent a response is deemed necessary, Defendants deny.

31. This paragraph contains conclusions of law, not allegations of facts, to which no response is required. To the extent a response is deemed necessary, Defendants deny.

## REQUESTED RELIEF

This paragraph contains Plaintiff's request for relief, to which no response is required. To the extent a response is deemed necessary, Defendants deny that Plaintiff is entitled to the relief requested, or to any relief whatsoever.

## FIRST DEFENSE

Certain of the information sought by Plaintiff is exempt from release under one or more exemptions of the Freedom of Information Act, 5 U.S.C. § 552.

## SECOND DEFENSE

Plaintiff is neither eligible nor entitled to attorneys' fees or costs.

## THIRD DEFENSE

The Court lacks jurisdiction to award relief that exceeds that authorized by the FOIA.

## **FOURTH DEFENSE**

Defendants reserve the right to amend, alter, and supplement the defenses contained in this Answer as the facts and circumstances giving rise to this Complaint become known to Defendants through the course of this litigation.

Dated: February 8, 2021

Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By: /s/ *Kathleene Molen*
KATHLEENE MOLEN
Assistant United States Attorney
555 4th Street, N.W.
Washington, District of Columbia 20530
Telephone: (202) 803-1572
Kathleene.Molen@usdoj.gov

*Counsel for Defendant*